United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | Case No.  16-cv-01377-EMC |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, an inmate at Kern Valley State Prison, filed this *pro se* civil action.  His complaint is rather difficult to understand but appears to allege that Jennifer Thurston (a U.S. Magistrate Judge) received medical data or received a shot for pain in Fresno.  *See* Docket No. 1 at 1-2.  The city of Fresno is within Fresno County, which is within the venue of the Eastern District of California.  The California Department of Corrections is listed as a defendant and has headquarters in Sacramento County, which is within the venue of the Eastern District of California.  Lancaster State Prison also is listed as a defendant, although there is no allegation connecting that prison to Plaintiff's claims.  Lancaster State Prison is located in Los Angeles County, which is within the venue of the Central District of California.  No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District of California.  Venue therefore would be proper in the Eastern

///

///

///

///

///

District of California, and not in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk shall transfer this matter.

    **IT IS SO ORDERED**.

Dated: April 6, 2016

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California